ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| BOH Bros. Construction Co., L.L.C. | ) ASBCA No. 62906 |
| | ) |
| Under Contract No. W912P8-13-C-0052 | ) |

APPEARANCES FOR THE APPELLANT:    Kenneth K. Sorteberg, Esq.
　　Huddles Jones Sorteberg & Dachille, P.C.
　　Columbia, MD

　　Matthew R. Gerrish, Esq.
　　William Martin, Esq.
　　Keller North America, Inc.
　　Hanover, MD

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
　　Engineer Chief Trial Attorney
　　Thomas M. Taff, Jr., Esq.
　　Engineer Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 27, 2023

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62906, Appeal of BOH Bros. Construction Co., L.L.C., rendered in conformance with the Board's Charter.

Dated:  June 27, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals